UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5503 GHK (MRWx) | Date | August 11, 2015 |
|---|---|---|---|
| Title | Optimum Productions v. Premiere Props Inc. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:**       (IN CHAMBERS) ORDER TO SHOW CAUSE

   Plaintiff filed a discovery motion that is not in the joint format mandated under Local Rules 37 and 45-1. (Docket # 59.) The motion is accompanied by a declaration (as required under Local Rule 37-2.4) that indicates that Mr. Durst – on behalf of his client, Calson Ventures – failed to provide Plaintiff with his portion of the joint motion before Plaintiff filed it. (Docket # 59-1 at 5.) The motion itself is based on Mr. Durst's alleged refusal to provide adequate responses to discovery requests.

   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Mr. Durst is ORDERED TO SHOW CAUSE for his failure to comply with the joint filing process and to submit a substantive response to the discovery motion by Monday, August 24, at 3:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.