UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-5503 GHK (MRWx) | Date | February 8, 2016 |
|---|---|---|---|
| Title | Optimum Productions v. Premiere Props Inc. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

The Court reviewed Plaintiff's latest status report regarding the action. (Docket # 82.) Because the Court is involved in a lengthy jury trial, Mr. Chapman is ORDERED to appear before Judge Wilner at a hearing on Friday, February 12, at **7:30 a.m.** (note the time of the hearing) to explain the status of the settlement in this action. As previously noted, the parties are advised that failure to appear at the hearing – or appearing, but failing to provide a legitimate explanation for the delay in resolving the case – will result in the imposition of sanctions under Federal Rule of Civil Procedure 11. Plaintiff's attorney will have the option of appearing in person or by telephone.

Alternatively, **no appearance will be necessary** if a competent request to dismiss the action is filed with the Court by 2 p.m. on February 11. Plaintiff's attorney will promptly contact Judge Wilner's CRD via the Court's chambers e-mail to notify the Court of such a filing.

cc:   Chief District Judge George H. King